```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff;<br><br>  vs.<br><br>The Little Belgium Deli, LLC, et al,<br><br>    Defendants. | Case No. **2:12-cv-00631-LKK-CKD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>**Dismissal of Defendants Chun Im Moon; Hong Sik Moon; Lynair A. Prior; William V. Prior Without Prejudice**<br><br>Case to Remain Open with Remaining Defendants |

IT IS SO ORDERED THAT Defendants, Chun Im Moon; Hong Sik Moon; Lynair A. Prior; William V. Prior, are hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(2). This case is to remain open with remaining Defendants.

Date:  October 16, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT